UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, LAMON MOORE,

    Defendant.

Case No. 17-cr-20019-01
Hon. Matthew F. Leitman

_____/

# ORDER DENYING WITHOUT PREJUDICE REQUEST FOR RELEASE OF TRANSCRIPTS (ECF #86)

In November of 2018, this Court sentenced Defendant Lamon Moore to serve a term of custody in federal prison for bank robbery. Moore did not file a direct appeal. On June 10, 2019, Moore filed a request for the transcript of his sentencing proceedings. He asks the Court to order that he be provided with the transcript at no cost. Moore offers no explanation as to why he seeks the transcript. Moore has failed to persuade the Court that he has a right to the transcripts at no cost at this time. Accordingly, the Court DENIES Moore's request for the transcripts. The denial is without prejudice. Moore may file a renewed request for the transcripts. If he does so, he should clearly explain in detail why he needs the transcripts and what he plans to do with them. If possible, he should also cite legal authorities concerning when, if ever, a federal court should provide transcripts to a federal prisoner who

has not pursued a direct appeal and should explain, in light of those authorities, how he is entitled to the transcripts he has requested.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 28, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 28, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764